IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 5:12-CR-007-01-C |
| | ) |
| TERRANCE ESSIX | ) |

**ORDER**

On October 23, 2018, the Defendant filed a "§3583(e) Motion for Early Termination of Supervised Release", and after careful consideration the Court is of the opinion that the Defendant's Motion should be **DENIED**.

SO ORDERED.

Dated October 26, 2018.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE